IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PATRICIA ADAMS                                                                                          PLAINTIFFS

V.                                      CASE NO. 12-CV-4102

TRUMAN ARNOLD COMPANIES                                                              DEFENDANT

## ORDER

Before the Court is an Agreed Motion for Continuance. (ECF No. 29). The parties seek a continuance of this case, which is currently set for trial the week of June 16, 2014. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. The deadlines imposed by the previous scheduling order are hereby lifted until further notice.

**IT IS SO ORDERED**, this 21st day of February, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge