IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PATRICIA ADAMS                                                                                          PLAINTIFF

V.                                              CASE NO. 12-CV-4102

TRUMAN ARNOLD COMPANIES                                                            DEFENDANT

## JUDGMENT

Before the Court is a Motion for Summary Judgment (ECF No. 32) filed by Defendant Truman Arnold Companies. Plaintiff Patricia Adams has filed a response. ECF No. 36. Defendant has filed a reply. ECF No. 37. The matter is ripe for the Court's consideration.

For the reasons set forth in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 32) should be and hereby is **GRANTED** as to Plaintiff's sexual harassment and retaliation claims pursuant to Title VII and the Arkansas Civil Rights Act as well as her state law claims of outrage, battery, and defamation. Accordingly, these claims are **DISMISSED WITH PREJUDICE**.

With the dismissal of the federal claims upon which subject matter jurisdiction is based, the Court, exercising its discretion after a review of the relevant factors, is persuaded that the pendent state claims of negligent hiring and negligent supervision/retention should be and hereby are **DISMISSED WITHOUT PREJUDICE**. *See* 28 U.S.C. § 1367(c). Plaintiff may pursue these claims in the appropriate state court forum.

**IT IS SO ORDERED**, this 26th day of January, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge